UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAIDA BENHAJLA, Ph.D. and
HALIM BENHAJLA, individually, and as
shareholders and directors of Soft-Light, Inc.,

      PLAINTIFFS,

v.                                                    Case No.: 06-13333
                                                     Honorable Sean F. Cox

SOFT-LIGHT, INC., a Michigan corporation
(a/k/a HARLEQUIN) and RONALD C. WIAND,
individually and in his official capacity as officer,
director and shareholder of Soft-Light, Inc.,
RONALD HOFER, individually and in his official
capacity as director and shareholder of Soft-Light,
Inc., and DENNIS RAFAELLI, in his individual
capacity and official capacities as shareholder of
Soft-Light, Inc., Jointly and Severally,

      DEFENDANTS.

_____/

## ORDER OF DISMISSAL

Plaintiffs filed this action on July 24, 2006, asserting subject matter jurisdiction through diversity of citizenship pursuant to 28 U.S.C. §1332.

"[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction." *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998). After reviewing Plaintiffs' complaint, the Court was not persuaded that Plaintiffs have adequately alleged the necessary facts to establish the existence of diversity jurisdiction and therefore issued an Order to Show Cause on September 1, 2006, why this case should not be dismissed for lack of subject matter jurisdiction.

On September 8, 2006, Plaintiffs filed a Response to the Order to Show Cause, in which they acknowledged that this Court lacks subject matter jurisdiction over this matter.

Accordingly, **IT IS ORDERED** that this action is **DISMISSED** for lack of subject matter jurisdiction.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  September 29, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2006, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager
